MARC E. BERNSTEIN
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
TELEPHONE: (212) 318-6000
FACSIMILE: (212) 230-5127

*Attorneys for Defendant Transatlantic Reinsurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILEANA DIAZ,<br><br>                         Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC REINSURANCE COMPANY<br><br>                         Defendant. | 1:16-cv-01355 (GBD)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Marc E. Bernstein, both dated April 19, 2016, and the exhibits attached thereto; and all other pleadings, papers, and proceedings had herein, Defendant Transatlantic Reinsurance Company will move this Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, on May 10, 2016, or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's First and Seventh Causes of Action with prejudice and for such other and further relief that the Court deems just and proper.

-2-

| | |
|---|---|
| Dated: New York, New York<br>April 19, 2016 | PAUL HASTINGS LLP<br><br>   /s/<br>By:  Marc E. Bernstein<br><br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>marcbernstein@paulhastings.com<br><br>*Attorneys for Defendant* |